# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FILED
MAR 27 2014
CLERK, US DISTRICT COURT
NORFOLK, VA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 2:14mj 117 |
| **DAVID GIL WILKINSON** | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of March 21, 2014 in the county of Southampton, in the Eastern District of Virginia, the defendant(s) violated:

| Code Section(s) | Offense Description(s) |
|---|---|
| 18 U.S.C. § 871(a) | Threats Against the President and Successor to the Presidency |
| 18 U.S.C. § 879(a)(1) | Threats Against Former Presidents and Certain Other Persons |

This criminal complaint is based on these facts: Please see attached Affidavit.

☒ Continued on the attached sheet.

READ AND APPROVED:

_____
Joseph L. Kosky
Assistant United States Attorney

_____
*Complainant's signature*

Brian E. Stallings, Special Agent, U.S. Secret Service
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 3/27/14

City and state: Norfolk, VA

_____
*Judge's signature*
Douglas E. Miller
United States Magistrate Judge
*Printed name and title*